No. 1140.   Cogswell v. Chicago & Eastern Illinois Railroad Co.   See *ante*, p. 820.

No. 1148.   Gulf Oil Corp. v. Gilbert, doing business as Gilbert Storage & Transfer Co.   May 20, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.   *Matthew S. Gibson* and *Archie D. Gray* for petitioner.   *Solomon Dimond* for respondent.

No. 1129.   Jesionowski, Administratrix, v. Boston & Maine Railroad.   May 20, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted.   *Thomas C. O'Brien* and *John Edward Keefe, Jr.* for petitioner.   *Francis P. Garland* for respondent.

No. 732.   Helwig v. United States.   See *ante*, p. 820.

No. 1056.   Steele v. General Mills, Inc.   May 27, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted.   *Cecil A. Morgan* and *T. S. Christopher* for petitioner.   *Charles E. France* and *Alfred McKnight* for respondent.   *Grover Sellers,* Attorney General, filed a brief for the State of Texas, as *amicus curiae,* in support of the petition.

No. 947.   Pearson, Post Commanding Officer, v. United States ex rel. Horowitz; and

No. 948.   Pearson, Post Commanding Officer, v. United States ex rel. Samuels.   May 27, 1946.   Hobbs